# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2024-2572
_____

JASON WILLIAM ATTRIDE,

    Appellant,

    v.

RICKY D. DIXON, Secretary,
Florida Department of
Corrections,

    Appellee.

_____

On appeal from the Circuit Court for Leon County.
Jonathan Sjostrom, Judge.

February 26, 2025

PER CURIAM.

    DISMISSED. *See Daily v. Soloway*, 125 So. 3d 363 (Fla. 1st DCA 2013).

LEWIS, ROBERTS, and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jason William Attride, pro se, Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.